**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cr-00544-SEP (NAB) |
| JERMAINE J. JOHNSON, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Nannette A. Baker (Doc. [721]), filed October 10, 2022, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Sever (Doc. [600]) is **DENIED**.

**IT IS FINALLY ORDERED** that this matter is set for trial **Monday, January 9, 2023**, at **9:00 AM**, in the courtroom of the undersigned.

Dated this 22nd day of November, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE